IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KESIA J. PERRY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:11-cv-464-WHA |
| | ) |
| ALABAMA ALCOHOLIC BEVERAGE | ) |
| CONTROL BOARD, et al., | )        (WO) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Plaintiffs' Motion for Permission for Steve McKitt to Attend Depositions (Doc. # 69), filed on November 19, 2012, the motion is DENIED.

DONE this 20th day of November, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE